IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| BRADLEY B. COY, | ) | 4:06CV3180 |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| SYNTHES SPINE COMPANY, L.P., | ) | |
| | ) | |
| Defendant. | ) | |

A telephone conference was held today with counsel to discuss the defendant's motion for temporary restraining order (filing 8) in this removed action. Plaintiff made an oral request to transfer the place of trial to Omaha. Following discussion, and upon consideration of the factors identified in NECivR 40.1(b)(3), and without objection,

IT IS ORDERED that:

1. This case is transferred to the Omaha docket for trial. The parties are informed that Judge Strom and Magistrate Judge Gossett have been randomly assigned to this case by the Clerk of the Court.

2. The Clerk of the Court shall bring this case to the attention of Chief Judge Bataillon for reassignment to Judge Strom and Magistrate Judge Gossett.

August 1, 2006.              BY THE COURT:

                             s/ *Richard G. Kopf*
                             United States District Judge