IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| BRADLEY B. COY, ) | |
| ) | 4:06CV3180 |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | REASSIGNMENT ORDER |
| SYNTHES SPINE, ) | |
| ) | |
| Defendant. ) | |
| ) | |

IT IS ORDERED that, pursuant to Filing No. 11, this case is reassigned to District Judge Lyle E. Strom for disposition and to Magistrate Judge F.A. Gossett for judicial supervision.

DATED this 1st day of August, 2006.

BY THE COURT:

s/ Joseph F. Bataillon
JOSEPH F. BATAILLON
United States District Judge