IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
BRADLEY COY,                    )
                                )
       Plaintiff and            )       4:06CV3180
       Counterclaim             )
       Defendant,               )
                                )
       v.                       )
                                )
SYNTHES SPINE COMPANY, L.P.,    )       ORDER
                                )
       Defendant-Counter-       )
       claimant.                )
_____)
```

        This matter is before the Court after hearing before the Court on defendant-counterclaimant's motion for temporary restraining order and/or preliminary injunction against plaintiff Bradley B. Coy (Filing No. 8), and on its motion for expedited discovery (Filing No. 9). The Court finds said motion for expedited discovery should be granted, and a hearing on the motion for preliminary injunction is continued. Accordingly,

        IT IS ORDERED:

        1) The motion for temporary restraining order has been resolved between the parties pending a hearing on the motion for preliminary injunction.

        2) The motion for expedited discovery is granted.

        3) A hearing on the preliminary injunction is scheduled for:

        **Friday, September 15, 2006, at 9 a.m.**

Courtroom No. 5, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

DATED this 2nd day of July, 2006.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court