# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **BRADLEY B. COY,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | **4:06CV3180** |
| vs. ) | |
| ) | **ORDER TO SHOW CAUSE** |
| **SYNTHES SPINE COMPANY, L.P.,** ) | |
| ) | |
| **Defendant.** ) | |

This matter is before the magistrate judge at the request of Senior Judge Strom. The records of the court show that on July 31, 2006, a letter (Filing 4) was sent to attorney Paula J. Zimmerman from the Office of the Clerk directing that she register for the U.S. District Court of Nebraska's Case Management/Electronic Case Filing System ("System") and register for admission to practice in this court within fifteen (15) days.

As of this date, Ms. Zimmerman has not complied with these requirements.

**IT IS ORDERED** that, on or before October 20, 2006, attorney Paula J. Zimmerman shall register for the System and register for admission to practice in this district or show cause by written affidavit why she cannot comply with the rules of the court.

**DATED October 4, 2006.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**