# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| BRADLEY B. COY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | 4:06CV3180 |
| vs. ) | |
| ) | ORDER |
| SYNTHES SPINE COMPANY, L.P., ) | |
| ) | |
| Defendant. ) | |

Considering the Declaration of Paula J. Zimmerman [23], filed in response to the court's Order to Show Cause [22],

**IT IS ORDERED:**

1. The Order to Show Cause [22] is satisfied. For purposes of this case, Paula J. Zimmerman is excused from registering for the CM/ECF System and from registering for admission to practice in this court.

2. The Clerk shall terminate the appearance of Paula J. Zimmerman as defense counsel in this matter.

**DATED October 20, 2006.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**