```
             IN THE UNITED STATES DISTRICT COURT FOR THE

                         DISTRICT OF NEBRASKA

BRADLEY COY,                    )
                                )
        Plaintiff and           )           4:06CV3180
        Counterclaim            )
        Defendant,              )
                                )
        v.                      )
                                )
SYNTHES SPINE COMPANY, L.P.,    )              ORDER
                                )
        Defendant-Counter-      )
        claimant.               )
_____)
```

This matter is before the Court on the stipulation for dismissal with prejudice (Filing No. 25).  Pursuant thereto,

IT IS ORDERED that plaintiff's complaint and the counterclaims of defendant are dismissed with prejudice, each party to pay its own costs and attorney fees.

DATED this 14th day of November, 2006.

                        BY THE COURT:

                        /s/ Lyle E. Strom
                        _____
                          LYLE E. STROM, Senior Judge
                          United States District Court